UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC, ET. AL.,** § § § | | |
| *Plaintiffs,* § § | No. 6:16-cv-0196-JRG | |
| v. § § | LEAD CASE | |
| **J. CREW GROUP, INC.** § § | | |
| *Defendant.* § | Jury Trial Demanded | |

**JOINT MOTION FOR ENTRY OF AGREED
PROPOSED DOCKET CONTROL ORDER**

COME NOW Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC as well as Defendants J. Crew Group, Inc. and FTD Companies, Inc. (collectively, "Defendants") to file this Joint Motion for Entry of Agreed Proposed Docket Control Order and in support of same would show the Court as follows:

Plaintiffs and Defendants have reached agreement on the Docket Control Order attached hereto and request entry of the proposed Docket Control Order. To the extent that the parties have agreed to change certain deadlines in the Docket Control Order provided to the parties by the Court at the scheduling conference in this case, the changed dates are shown in the attached proposed Docket Control Order.

Two of the proposed changes affect dates requiring good cause to change. As good cause, the parties state as follows:

- **File Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions).** The parties seek a short extension of this deadline so as to build in a week between the close of expert discovery and the filing of motions which may be related to that discovery. The parties moved the deadline for completing expert discovery by agreement to July 11 because the previous deadline was set for July 4, a Tuesday, and

the parties expect expert witnesses may be unavailable during this week. This brief extension of the deadline to file dispositive motions or motions to strike will permit the parties an opportunity to evaluate the entirety of expert discovery before concluding whether dispositive motions or motions to strike are necessary, and avoids any potential for key discovery occurring the same day as a motion to strike such discovery may be due.

- **Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures).** Given the lengthy interim period before the claim construction deadlines, the parties believe that they will be able to more thoroughly investigate their responsive files and witnesses if they are provided an additional two weeks. This will permit all parties to provide more meaningful initial disclosures. All parties agree that no party will suffer any meaningful prejudice by moving this deadline back two weeks.

Accordingly, the parties respectfully request entry of the proposed docket control order attached as Exhibit A.

WHEREFORE, Plaintiffs and Defendant jointly and respectfully request that the Court enter the proposed Docket Control Order to govern this case.

Dated: July 14, 2016                                        Respectfully submitted,


  /s Jason Blackstone
_____

**Jason Blackstone**

**Derek Gilliland**
Texas State Bar No. 24007239
**Nix Patterson & Roach, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlaw.com
Attorney in Charge

**Ben King**
Texas State Bar No. 24048592
**Nix Patterson & Roach L.L.P.**
2900 St. Michael Drive, Ste. 500
Texarkana, Texas  75503
903.223.3999 (telephone)
903.223.8520 (facsimile
benking@nixlaw.com

**Kirk Voss**
Texas State Bar No. 24075229
**Christian Hurt**
Texas State Bar No. 24059987
**Jason Blackstone**
Texas State Bar No. 24036227
**Ross Leonoudakis**
Texas State Bar No. 24087915
**Winn Cutler**
Texas State Bar BNo. 24084364
**Nix Patterson & Roach, L.L.P.**
1845 Woodall Rodgers Frwy., Suite 1050
Dallas, Texas 75201
972.831.1188 (telephone)

972.444.0716 (facsimile)
kirkvoss@nixlaw.com
christianhurt@nixlaw.com
jblackstone@nixlaw.com
rossl@nixlaw.com
winncutler@nixlaw.com

**ATTORNEYS FOR PLAINTIFFS INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC**

*/s/ Stacy O. Stitham*
Peter J. Brann
David Swetnam–Burland
Stacy O. Stitham
BRANN & ISAACSON
184 Main Street, 4th Floor
Lewiston, ME 04243−3070
Tel: (207) 786−3566
Fax: (207) 783–9325
pbrann@brannlaw.com
dsb@brannlaw.com
sstitham@brannlaw.com

*Attorneys for J. Crew Group, Inc.*

*/s/ Brady Cox*
Holly Hawkins Saporito
(GA Bar No. 142496)
Joshua M. Weeks
(GA Bar No. 545063)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
holly.saporito@alston.com
joshua.weeks@alston.com

Michael J. Newton
(TX Bar No. 24003844)
Brady Cox

         (TX Bar No. 24074084)
         ALSTON & BIRD LLP
         2828 North Harwood Street
         18th Floor
         Dallas, TX 75201-2139
         Telephone: 214-922-3400
         mike.newton@alston.com
         brady.cox@alston.com

         *Attorneys for Defendants*
         *Florists' Transworld Delivery, Inc.*
         *FTD Companies, Inc. and FTD.COM Inc.*

## CERTIFICATE OF CONFERENCE

 I hereby certify that Jason Blackstone, counsel for Plaintiffs, as well as Stacy Stitham, and Brady Cox, counsel for Defendants, met and conferred regarding the relief requested in this Motion on July 14, 2016. The parties join in seeking the relief sought in this Motion.

         /s Jason Blackstone
         _____
         **Jason Blackstone**

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on this 14th day of July, 2016.

         /s Jason Blackstone
         _____
         **Jason Blackstone**