# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Intellectual Ventures I, LLC and** § | | |
| **Intellectual Ventures II, LLC;** § | | |
| § | | |
| Plaintiffs, § | Civil Action No. 6:16–cv–196–JRG | |
| v. § | **LEAD CASE** | |
| § | Jury Trial Demanded | |
| **J. Crew Group, Inc.;** § | | |
| § | | |
| Defendant. § | | |

| | | |
|---|---|---|
| **Intellectual Ventures I, LLC and** § | | |
| **Intellectual Ventures II, LLC;** § | | |
| § | | |
| Plaintiffs, § | Civil Action No. 6:16–cv–195–JRG | |
| v. § | | |
| § | Jury Trial Demanded | |
| **FTD Companies, Inc.;** § | | |
| § | | |
| Defendant. § | | |

## JOINT MOTION FOR ENTRY OF AGREED
## PROPOSED DISCOVERY ORDER

COME NOW Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC and Defendant J. Crew Group, Inc. file this Joint Motion for Entry of Agreed Proposed Discovery Order and in support of same would show the Court as follows:

Plaintiffs and Defendants have reached agreement on the Discovery Order attached hereto and request entry of the proposed Discovery Order. To the extent that the parties have agreed to modifications of the sample Discovery Order where permitted by the Court, the modifications are shown in the attached proposed Discovery Order.

1

WHEREFORE, Plaintiffs and Defendants jointly and respectfully request that the Court enter the proposed Discovery Order to govern this case.

Dated: July 14, 2016                                     Respectfully submitted,


                                                          /s Jason Blackstone
                                                         _____

                                                         **Jason Blackstone**

                                                         **Derek Gilliland**
                                                         Texas State Bar No. 24007239
                                                         **Nix Patterson & Roach, L.L.P.**
                                                         205 Linda Drive
                                                         Daingerfield, Texas 75638
                                                         903.645.7333 (telephone)
                                                         903.645.5389 (facsimile)
                                                         dgilliland@nixlaw.com
                                                         Attorney in Charge

                                                         **Ben King**
                                                         Texas State Bar No. 24048592
                                                         **Nix Patterson & Roach L.L.P.**
                                                         2900 St. Michael Drive, Ste. 500
                                                         Texarkana, Texas  75503
                                                         903.223.3999 (telephone)
                                                         903.223.8520 (facsimile
                                                         benking@nixlaw.com

                                                         **Kirk Voss**
                                                         Texas State Bar No. 24075229
                                                         **Christian Hurt**
                                                         Texas State Bar No. 24059987
                                                         **Jason Blackstone**
                                                         Texas State Bar No. 24036227
                                                         **Ross Leonoudakis**
                                                         Texas State Bar No. 24087915
                                                         **Winn Cutler**
                                                         Texas State Bar BNo. 24084364
                                                         **Nix Patterson & Roach, L.L.P.**
                                                         1845 Woodall Rodgers Frwy., Suite 1050
                                                         Dallas, Texas 75201
                                                         972.831.1188 (telephone)

972.444.0716 (facsimile)
kirkvoss@nixlaw.com
christianhurt@nixlaw.com
jblackstone@nixlaw.com
rossl@nixlaw.com
winncutler@nixlaw.com

**ATTORNEYS FOR PLAINTIFFS INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC**

### CERTIFICATE OF CONFERENCE

I hereby certify that Jason Blackstone, counsel for Plaintiffs, and Brent Ray, counsel for Defendants, met and conferred regarding the relief requested in this Motion on July 12, 2016.  The parties join in seeking the relief sought in this Motion.

/s Jason Blackstone

**Jason Blackstone**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on this 14th day of July, 2016.

/s Jason Blackstone

**Jason Blackstone**