UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC & ) <br> INTELLECTUAL VENTURES II LLC ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> J. CREW GROUP, INC. ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. 6:16–cv–196–JRG <br><br> LEAD CASE |

**J. CREW'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(d), Defendant J. Crew Group, Inc. ("J. Crew") respectfully requests that the Court enter a judgment in this action in which all of the parties' claims have been resolved. Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures") do not oppose the motion.

On March 8, 2016, Intellectual Ventures filed a three–count complaint (ECF No. 1) against J. Crew alleging infringement of three patents, U.S. Patent No. RE43,715 ("'715 Patent"); U.S. Patent No. 6,782,370 ("'370 Patent"); and U.S. Patent No. 5,969,324 ("'324 Patent").

On August 24, 2016, the Court issued a Memorandum Opinion and Order (ECF No. 55) granting–in–part J. Crew's motion to dismiss (ECF No. 11), which dismissed with prejudice counts I and II of the complaint on the ground that the '715 and '370 Patents did not claim patent–eligible subject matter. The Court denied Intellectual Ventures' motion for reconsideration (ECF No. 59) of that order on November 21, 2016. *See* ECF No. 71.

On November 22, 2016, the parties stipulated to the dismissal of count III of the complaint with prejudice and J. Crew's counterclaims of noninfringement and invalidity related to the '324 Patent without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear its own costs and attorneys' fees with respect to that claim and those counterclaims. *See* ECF No. 72.

In sum, all counts of the complaint against J. Crew have been dismissed by Court order or stipulation. For that reason, J. Crew respectfully requests that the Court enter judgment substantially in the form of the attached proposal.

| | |
|---|---|
| Dated: December 14, 2016 | Jennifer Parker Ainsworth<br>Tex. Bar No. 00784720<br>WILSON, ROBERTSON &<br>CORNELIUS, P.C.<br>909 ESE Loop 323, Suite 400<br>Tyler, TX 75701<br>Tel: (903) 509–5000<br>Fax: (903) 509–5092<br>jainsworth@wilsonlawfirm.com<br><br>/s/ David Swetnam–Burland<br>Peter J. Brann<br>David Swetnam–Burland<br>Stacy O. Stitham<br>BRANN & ISAACSON<br>184 Main Street, 4th Floor<br>Lewiston, ME 04243−3070<br>Tel: (207) 786−3566<br>Fax: (207) 783–9325<br>pbrann@brannlaw.com<br>dsb@brannlaw.com<br>sstitham@brannlaw.com<br><br>*Counsel for Defendant J. Crew Group, Inc.* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel of record on December 14, 2016, by filing this document using the CM/ECF system.

/s/ David Swetnam–Burland
David Swetnam–Burland